IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |
| St. Christopher's Healthcare, LLC, and Philadelphia Academic Health System, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Sunquest Information Systems, Inc.,<br><br>Defendant. | Adversary Proceeding No. 21-51024 (MFW) |

## CERTIFICATE OF SERVICE

I, John D. Demmy, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I caused service of the Amended Complaint and Alias Summons and Notice of Pretrial Conference to be made on the below party on September 20, 2021 by Mail Service: Regular, first class United States mail, postage fully pre-paid.

> Sunquest Information Systems, Inc.
> Attn: Officer or Managing Agent
> 3300 East Sunrise Drive
> Tucson, AZ 85718

Under penalty of perjury, I declare that the foregoing is true and correct.

> */s/ John D. Demmy*
> John D. Demmy (DE Bar No. 2802)
> SAUL EWING ARNSTEIN & LEHR LLP
> 1201 North Market Street, Suite 2300
> PO Box 1266
> Wilmington, DE 19899
> (302) 421-6848

Dated: September 20, 2021